**Opinion issued October 27, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00575-CV

———————————

**TARA WILLIAMS, Appellant**

**V.**

**MELLANY MCDONALD, Appellee**

On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Case No. 82369-F

## MEMORANDUM OPINION

The parties, representing that all issues have been settled and they agree the appeal should be dismissed, have filed an agreed motion to dismiss the appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate the appeal, grant the parties' motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a); 43.2(f). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Bland, Massengale, and Lloyd.